```
CLARK HILL LLP
Bradford G. Hughes (SBN 247141)
bhughes@ClarkHill.com
Tiffany B. Hunter (SBN 306382)
thunter@ClarkHill.com
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178
```

Attorneys for Defendant TRANSCO LINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EBELIO RAMIREZ,<br><br>                         Plaintiff,<br><br>v.<br><br>RANDY LINN JARRETT; TRANSCO LINES, INC.; AND DOES 1 TO 25,<br><br>                         Defendants. | Case No. 18-CV-1548<br><br>**DEFENDANT TRANSCO LINES, INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332 AND 1441; DECLARATION OF TIFFANY B. HUNTER** |
|---|---|

TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant TRANSCO LINES, INC. ("Defendant" or "Transco") hereby removes the above-entitled civil action from the Superior Court of California, for the County of Riverside, to the United States District Court for the Central District of California, Eastern Division pursuant to 28 U.S.C. §§ 1332 and 1441. Removal is proper because there is complete diversity of citizenship exists between plaintiff EBILIO RAMIREZ ("Plaintiff"), on one hand, and Defendant on the other hand, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. In support of this Notice of Removal, Defendant further states:

///

## I. BACKGROUND

1. On January 30, 2018, Plaintiff filed a first amended complaint ("FAC") in the Superior Court of California for the County of Riverside, entitled "*Ebilio Ramirez v. Randy Linn Jarret, et al.*," designated as Case Number RIC1801319. By way of the FAC, Plaintiff alleges claims for motor vehicle negligence.

2. On May 20, 2018, Plaintiff served Transco with the FAC. A true and correct copy of the Summons, Complaint, and Notice of Case Assignment are attached to the Declaration of Tiffany B. Hunter ["Hunter Decl."] as Exhibit "1."

## II. TIMELINESS OF REMOVAL

3. This Notice of Removal is timely because it is being filed within thirty days of Plaintiff's service of the FAC, and within one year of the commencement of this action pursuant to 28 U.S.C. § 1446(b). (See Hunter Decl., Ex. 1.)

## III. PROCEEDINGS IN STATE COURT

4. As of the date of filing this Notice of Removal, the following hearings are pending before the Superior Court of California for the County of Riverside with respect to the state court action: Hearing on Counsel for Plaintiff's Motion to be Relieved as Counsel, September 18, 2018, at 8:30 a.m., Department 07; and Case Management Conference Hearing, September 20, 2018, at 8:30 a.m., Department 07. (Hunter Decl., ¶ 4.)

## IV. JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP

5. The Court has original jurisdiction of this action under 28 U.S.C. § 1332. As described in further detail below, this action is removable pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.

///
///

### A. Complete Diversity Exists Between Plaintiff and Defendants

6. Plaintiff Ebelio Ramirez is a citizen of California. For purposes of removal, a natural person is considered a citizen of the state of domicile. On information and belief, Plaintiff Ebilio Ramirez is, and was at time of filing this action, a citizen of the state of California. (Hunter Decl., Ex. 1.)

7. Defendant Transco Lines, Inc. is a citizen of the state of Arkansas. A corporation is deemed a citizen of every state in which it is incorporated and has its principal place of business. 28 U.S.C. § 1332(c)(1). Trancsco was, is, and at all times relevant, has been a corporation incorporated under the laws of the state of Arkansas. (Hunter Decl., ¶ 5.) Transco's principal place of business is in Arkansas. (*Id.*)

8. Plaintiff has not yet served defendant Randy Linn Jarret. Service of the FAC on defendant Randy Linn Jarret will not deprive this Court of jurisdiction on the basis of diversity jurisdiction because defendant Randy Linn Jarret is a citizen of the state of Texas. (Hunter Decl., ¶ 6.)

9. Citizenship of DOE defendants is disregarded. The residence of fictitious and unknown defendants should be disregarded for purposes of establishing removal jurisdiction under 28 U.S.C. § 1332. See 28 U.S.C. § 1441(b)(1) ("[i]n determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded"). Thus, the existence of DOE defendants 1 through 25 does not deprive this Court of jurisdiction.

10. Thus, because Plaintiff is a citizen of the state of California and Defendant is a citizen of the state of Arkansas, complete diversity between the parties exists.

### B. The Amount in Controversy Exceeds $75,000

11. While Defendant denies liability as to Plaintiff's claims, the amount in controversy requirement is satisfied because "it is more likely than not" that the

amount exceeds the jurisdictional minimum of $75,000. See *Sanchez v. Monumental Life Ins.*, 102 F.3d 398, 403-404 (9th Cir. 1996) (finding the defendant must plead "that it is 'more likely than not' that the amount in controversy exceeds [the threshold] amount" (internal quotations and citations omitted)).

12. As the Ninth Circuit explains, "the amount-in-controversy inquiry in the removal context is not confined to the face of the complaint." *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1117 (9th Cir. 2004). In order to establish the amount in controversy, a defendant may state underlying facts supporting its assertion that the amount exceeds the jurisdictional threshold. *Gaus v. Miles, Inc.*, 980 F.2d 564, 566-567 (9th Cir. 1992).

13. In determining the amount in controversy, a court must consider the aggregate of general damages, special damages, punitive damages, and attorneys' fees. *Conrad Assocs. v. Hartford Accident & Indemnity Co.*, 994 F.Supp. 1196, 1198 (N.D. Cal. 1998). When a defendant seeks removal on diversity grounds, a court must deem the amount demanded by the plaintiff as the amount in controversy. 28 U.S.C. § 1146(2); see also *Sanchez*, 102 F.3d at 40 (finding "the sum claimed by the plaintiff controls," unless it appears "that the claim is really for less than the jurisdictional amount" (quoting *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288-289 (1938)).

14. If the plaintiff does not include a demand amount in the complaint, the jurisdictional threshold may be established by other documents such as a plaintiff's settlement demand letter or statement of damages. See e.g. *Babasa v. Lenscrafters, Inc.*, 498 F.3d 972, 974-975 (9th Cir. 2007) ("[a] settlement letter is relevant evidence of the amount in controversy if it appears to reflect a reasonable estimate of the plaintiff's claim" (citing *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002)); *Aparicio v. Abercrombie & Fitch Stores Inc.*, 2014 WL 545795, *3 (C.D. Cal . 2014) ("[a] document reflecting a settlement demand in excess of the

jurisdictional minimum constitutes 'other paper' sufficient to provide notice that a case is removable").

15. The lengthy list of compensatory damages claimed by Plaintiff in his FAC establishes, by a preponderance of the evidence, that the alleged amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a). Plaintiff seeks to recover damages for general damages, past and future medical expenses, loss of earnings, loss of earning capacity, property damage, and loss of consortium. (Hunter Decl., ¶ 7.) Defendant is informed and believes that Plaintiff demanded in excess of $75,000 to resolve this matter in pre-litigation discussions. (*Id.*)

16. Because the pre-litigation settlement discussions and the types of general damages claimed in the FAC indicates that Plaintiff seek to recover in excess of $75,000, it is more likely than not that the amount in controversy exceeds the jurisdictional threshold amount. Accordingly, the amount in controversy requirement is satisfied.

### V. VENUE

17. Without waiving Defendant's right to challenge, among other things, personal jurisdiction by way of motion, responsive pleadings, or otherwise, venue for this removed action lies in the Central District of California, Eastern Division, pursuant to 28 U.S.C. §§ 1441, 1446(a), and 84(c). Plaintiffs brought this action in the Superior Court of the State of California, County of Riverside, which is located within the Central District of the State of California, Eastern Division. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

### VI. SERVICE OF NOTICE OF REMOVAL ON PLAINTIFF AND THE CLERK OF THE SUPERIOR COURT

18. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly served on Plaintiff and, together with a copy

of the Notice of Removal, will be filed with the Clerk of the Superior Court of the State of California, County of Riverside, in the state court action.

19. This Notice of Removal will be served on counsel for Plaintiff. A copy of the Proof of Service regarding the Notice of Removal will be filed shortly after those papers are filed and served.

20. In compliance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed and/or served in this action are attached to the Hunter Declaration as Exhibit 1.

## VII. PRAYER FOR REMOVAL

21. WHEREFORE, Defendant Transco files this Notice of Removal of this action from the Superior Court of the State of California, County of Riverside, in which it is now pending, to the United States District Court for the Central District of California, Eastern Division.

22. Transco hereby requests that this Court exercise jurisdiction over all further proceedings in this action.

23. Transco hereby provides notice of and demands a jury trial in the above-captioned matter.

Dated: July 20, 2018

CLARK HILL LLP

By: _____
Bradford G. Hughes
Tiffany B. Hunter

Attorneys for Defendant TRANSCO LINES, INC.

## DECLARATION OF TIFFANY B. HUNTER

I, Tiffany B. Hunter, declare as follows:

1. I am an attorney at law, duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Clark Hill LLP, attorneys of record for defendant Transco Lines, Inc. ("Defendant" or "Transco").

2. I submit this declaration in support of Transco's Notice of Removal Pursuant to 28 U.S.C. §§ 1332 and 1441. I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

3. On June 20, 2018, plaintiff Ebilio Ramirez served Transco with his first amended complaint filed in the Superior Court of California for the County of Riverside, entitled *Ebilio Ramirez v. Randy Linn Jarrett, et al.* ("FAC"). A true and correct copy of the Summons, Complaint, and Notice of Case Assignment served on Defendant is attached as Exhibit "1."

4. As of the date of filing this Notice of Removal, the following hearings are pending before the Superior Court of California for the County of Riverside with respect to the state court action: Hearing on Counsel for Plaintiff's Motion to be Relieved as Counsel, September 18, 2018, at 8:30 a.m., Department 07; and Case Management Conference Hearing, September 20, 2018, at 8:30 a.m., Department 07.

5. Transco was, is, and at all times relevant, has been a corporation incorporated under the laws of the state of Arkansas. As indicated by the Arkansas Secretary of State's incorporations search, a search that I performed on September 20, 2018, Transco is a registered corporation in the state of Arkansas. A true and correct copy of the search I conducted on the website of the State of Arkansas Secretary of State on September 20, 2018 is attached as Exhibit "2."

6. Plaintiff Ebelio Ramirez is a citizen of California. For purposes of removal, a natural person is considered a citizen of the state of domicile. On

information and belief, Plaintiff Ebilio Ramirez is, and was at time of filing this action, a citizen of the state of California.

7.  Plaintiff seeks to recover damages for general damages, past and future medical expenses, loss of earnings, loss of earning capacity, property damage, and loss of consortium. I am informed and believe that during pre-litigation settlement discussions, plaintiff indicated that the damages he seeks by way of the FAC are in excess of $75,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 20, 2018, at Los Angeles, California.

_____
Tiffany B. Hunter

# EXHIBIT 1

B-

*Amended*

**SUMMONS**
*(CITACION JUDICIAL)*

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Randy Linn Jarrett, Transco Lines, Inc. and DOES 1 to 25

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Ebelio Ramirez

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JAN 30 2018

E. OLIVAS

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Riverside Superior Court
4050 Main Street
Riverside, CA 92501

CASE NUMBER:
*(Número del Caso):*
RIC1801319

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Erik Zograbian (818)937-9433
D&Z Law Group
330 N. Brand Blvd., Suite 920, Glendale, CA 91203

DATE: JAN 30 2018          Clerk, by E. OLIVAS, Deputy
*(Fecha)* 555               *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Transco Lines, Inc.
   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.60 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*: "error"

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

EXHIBIT 1

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: |
|---|
| Erik Zograbian, 245144<br>D&Z Law Group<br>330 N. Brand Blvd., Suite 920<br>Glendale, CA 91203 |
| TELEPHONE NO.: (818)937-9433   FAX NO. *(Optional)*: (818)230-1910 |
| E-MAIL ADDRESS *(Optional)*: erik@dzlawgroup.org |
| ATTORNEY FOR *(Name)*: Ebelio Ramirez |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside, 92501
BRANCH NAME: Riverside Superior Court

PLAINTIFF: Ebelio Ramirez

DEFENDANT: Randy Linn Jarrett and Transco Lines, Inc.

[X] DOES 1 TO 25

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[X] AMENDED *(Number)*: One

Type *(check all that apply)*:
[X] MOTOR VEHICLE    [ ] OTHER *(specify)*:
  [X] Property Damage    [ ] Wrongful Death
  [X] Personal Injury    [ ] Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded [ ] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JAN 30 2018
E. OLIVAS

CASE NUMBER:
RIC1801319

1. Plaintiff *(name or names)*: Ebelio Ramirez
   alleges causes of action against defendant *(name or names)*:
   Randy Linn Jarrett, Transco Lines, Inc. and DOES 1 to 25
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
           (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
           (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
           (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
           (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

EXHIBIT 1

PLD-PI-001

| SHORT TITLE: Ebelio Ramirez v. Randy Linn Jarrett | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Transco Lines, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 to 25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1 to 25 are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):


9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):


PLD-PI-001 [Rev. January 1, 2007]  **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**  Page 2 of 3

EXHIBIT 1

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Ebelio Ramirez v. Randy Linn Jarrett | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [X] Motor Vehicle
   b. [ ] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other *(specify)*:

11. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [X] loss of earning capacity
   g. [ ] other damage *(specify)*:

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) [X] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 1/26/18

Erik Zograbian
(TYPE OR PRINT NAME)

▶ *[signature]*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   COMPLAINT—Personal Injury, Property Damage, Wrongful Death   Page 3 of 3

EXHIBIT 1

PLD-PI-001(1)

| SHORT TITLE: Ebelio Ramirez v. Randy Linn Jarrett | CASE NUMBER: |
|---|---|

**1** _(number)_     **CAUSE OF ACTION—Motor Vehicle**

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

Plaintiff _(name):_ Ebelio Ramirez

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on _(date):_ 5/4/2016
at _(place):_ I-10 Freeway

**MV-2. DEFENDANTS**
    a. [X] The defendants who operated a motor vehicle are _(names):_

        Randy Linn Jarrett, Transco Lines, Inc.

        [X] Does 1 to 25

    b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment are _(names):_ Randy Linn Jarrett, Transco Lines, Inc.

        [X] Does 1 to 25

    c. [X] The defendants who owned the motor vehicle which was operated with their permission are _(names):_

        Randy Linn Jarrett, Transco Lines, Inc.

        [X] Does 1 to 25

    d. [X] The defendants who entrusted the motor vehicle are _(names):_

        Randy Linn Jarrett, Transco Lines, Inc.

        [X] Does 1 to 25

    e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were _(names):_

        Randy Linn Jarrett, Transco Lines, Inc.

        [X] Does 1 to 25

    f. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        [ ] listed in Attachment MV-2f [ ] as follows:

[ ] Does ___ to ___     Page 4

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Motor Vehicle**

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

EXHIBIT 1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
4050 Main Street
Riverside, CA 92501
www.riverside.courts.ca.gov

## NOTICE OF DEPARTMENT ASSIGNMENT

RAMIREZ VS JARRETT

CASE NO. RIC1801319

This case is assigned to the HONORABLE Judge Randall S Stamen in Department 07 for Law and Motion purposes only.

Effective January 2, 2018, the case is assigned to Honorable Judge John Vineyard in Department 1 for case management hearings (Case Management Conferences, Order to Show Causes, Status Conferences and Trial Setting Conferences) and trial assignment purposes.

Any disqualification pursuant to CCP section 170.6 shall be filed in accordance with that section.

The court follows California Rules of Court, Rule 3.1308(a)(1) for tentative rulings (see Riverside Superior Court Local Rule 3316). Tentative Rulings for each law and motion matter are posted on the Internet by 3:00 pm on the court day immediately before the hearing at <http://riverside.courts.ca.gove/tentativerulings.shtml>. If you do not have internet access, you may obtain the tentative ruling by telephone at (760) 904-5722.

To request oral argument, you must (1) notify the judicial secretary at (760) 904-5722 and (2) inform all other parties, no later than 4:30 pm the court day before the hearing. If no request for oral argument is made by 4:30 pm, the tentative ruling will become the final ruling on the matter effective the date of the hearing.

The filing party shall serve a copy of this notice on all parties.

Requests for accommodations can be made by submitting Judicial Council form MC-410 no fewer than five court days before the hearing. See California Rules of Court, rule 1.100.

### CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the foregoing NOTICE on this date, by depositing said copy as stated above.

Court Executive Officer/Clerk

Date: 01/19/18    by: _____

BRIAN M VOTRUBA, Deputy Clerk

CNDALM
11/17/17

EXHIBIT 1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
4050 Main Street
Riverside, CA 92501
www.riverside.courts.ca.gov

NOTICE OF CASE MANAGEMENT CONFERENCE

RAMIREZ VS JARRETT

CASE NO. RIC1801319

The Case Conference is scheduled for 07/18/18 at 8:30 in Department 01.

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case. CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

Requests for accommodations can be made by submitting Judicial Council form MC-410 no fewer than five court days before the hearing. See California Rules of Court, rule 1.100.

CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the foregoing NOTICE on this date, by depositing said copy as stated above.

Court Executive Officer/Clerk

Date: 01/19/18       by: _____

BRIAN M VOTRUBA, Deputy Clerk

cmcnlc
11/14/17

EXHIBIT 1

# EXHIBIT 2



## Search Incorporations, Cooperatives, Banks and Insurance Companies

Printer Friendly Version
LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | TRANSCO LINES, INC. |
| Fictitious Names | |
| Filing # | 100026876 |
| Filing Type | For Profit Corporation |
| Filed under Act | Dom Bus Corp; 576 of 1965 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | TIM POOL |
| Agent Address | 60 TRANSCO PARK DRIVE |
| | RUSSELLVILLE, AR 72811 |
| Date Filed | 07/21/1967 |
| Officers | SEE FILE, Incorporator/Organizer<br>TERRY A. WALLACE , President<br>WILLIAM GROJEAN , Secretary<br>RANDY MOORE , Controller |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

Purchase a Certificate of Good Standing for this Entity    Pay Franchise Tax for this corporation

EXHIBIT 2

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1055 West Seventh Street, Suite 2400, Los Angeles, CA 90017.

On July 20, 2018, I served the following document(s) described as

**DEFENDANT TRANSCO LINES, INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332 AND 1441; DECLARATION OF TIFFANY B. HUNTER**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Erik Zograbian, Esq.**
**D&Z LAW GROUP**
**330 North Brand Boulevard, Suite 920**
**Glendale, California 91203**
**Telephone: (818) 937-9433**

☑ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Clark Hill LLP for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Los Angeles, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Clark Hill LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Clark Hill LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Clark Hill LLP's electronic mail system from mdelosreyes@ClarkHill.com to the email addresses set forth below.

☐ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

Executed on July 20, 2018, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Melissa De Los Reyes

**PROOF OF SERVICE**   1

ClarkHill\69826\336346\219985583.v1-7/20/18